

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00544-CV

**IN RE** James B. **MCCOY**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Relators filed this petition for writ of mandamus on August 24, 2016. On September 1, 2016, Respondent filed a response which advised that the issue raised by the mandamus petition has become moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on September 8, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-08270, styled *James B. McCoy v. Patrick Camacho*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.